AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Gritzner, James E. | 2. Court or Organization<br><br>U.S. District Court SDIA | 3. Date of Report<br><br>04/23/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>123 East Walnut Street<br>Des Moines, Iowa 50309 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2009 APR 30 A 10: 43

Gritzner_James_E

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Acct. #1 | | | | | | | | | |
| 2. -USB Cash Reserves Fund | A | Dividend | J | T | | | | | |
| 3. -Columbia Acorn Tr. Fd. A | B | Dividend | K | T | | | | | |
| 4. -Euro Pac Growth Fd. Cl. F | A | Dividend | J | T | | | | | |
| 5. -Ishares Tr S&P 500 Index | A | Dividend | J | T | Sold (part) | 12/12 | J | | |
| 6. -Templeton Foreign Fd Cl A | A | Dividend | | | Sold | 10/1 | J | | |
| 7. -1st Eagle Global Fd | A | Dividend | J | T | Buy | 10/1 | J | | |
| 8. IRA #1 | D | Dividend | M | T | | | | | |
| 9. -UBS Liquid Assets Fd | | | | | | | | | |
| 10. -Alliance Bernstein Int'l Val A | | | | | | | | | |
| 11. -Alliance Bernstein Sm/Md Val | | | | | | | | | |
| 12. -Amcap Fund F | | | | | Sold | 9/26 | K | | |
| 13. -Euro Pac Growth Fd Cl F | | | | | | | | | |
| 14. -Fidelity New Insights Fd A | | | | | | | | | |
| 15. -Fidelity Adv Sr Viii Div Int'l | | | | | Sold | 9/26 | K | | |
| 16. -Fidelity Adv Midcap | | | | | | | | | |
| 17. -Franklin Value Invs Tr. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -MFS Ser Tr Ix Research A | | | | | | | | | |
| 19. -Franklin Templeton Mut Ser Fd Cl A | | | | | Sold (part) | 3/28 | J | A | |
| 20. -American Fds Capital World Growth & Inc. | | | | | Buy | 9/26 | K | | |
| 21. -1st Eagle Global Fd | | | | | Buy | 9/26 | K | | |
| 22. IRA #2 | C | Dividend | L | T | | | | | |
| 23. -USB Cash Reserves Fund | | | | | | | | | |
| 24. -AT&T | | | | | Sold | 1/31 | J | | |
| 25. -Agilent Technologies Inc. | | | | | Buy | 12/24 | J | | |
| 26. | | | | | Buy (add'l) | 12/26 | J | | |
| 27. -Aetna Inc New | | | | | | | | | |
| 28. -AIG | | | | | Buy | 5/19 | J | | |
| 29. | | | | | Sold | 9/17 | J | | |
| 30. -Altria | | | | | Buy | 11/28 | J | | |
| 31. -Albertsons Inc | | | | | | | | | |
| 32. -Amgen Inc. | | | | | Sold | 8/14 | J | A | |
| 33. -Anglogold | | | | | Buy | 4/11 | J | | |
| 34. | | | | | Buy (add'l) | 4/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 6/6 | J | | |
| 36. | | | | | Buy (add'l) | 11/12 | J | | |
| 37. -EOG Resources | | | | | Buy | 11/17 | J | | |
| 38. -Aon Corp. | | | | | | | | | |
| 39. -Apache Corp. | | | | | Sold (part) | 4/4 | J | | |
| 40. | | | | | Sold (part) | 4/28 | J | | |
| 41. -Bank of America | | | | | | | | | |
| 42. -Barrick Gold Corp | | | | | Sold (part) | 1/11 | J | A | |
| 43. | | | | | Buy (add'l) | 5/5 | J | | |
| 44. | | | | | Buy (add'l) | 5/19 | J | | |
| 45. | | | | | Sold (part) | 12/31 | J | A | |
| 46. -Burlington Resources Inc. | | | | | | | | | |
| 47. -CBS Corp New Cl B | | | | | Buy (add'l) | 11/12 | J | | |
| 48. -Citigroup Inc. | | | | | Sold | 10/9 | J | | |
| 49. -Clear Channel | | | | | Sold (part) | 3/17 | J | A | |
| 50. -Comcast Corp Cl A | | | | | Buy (add'l) | 1/10 | J | | |
| 51. | | | | | Sold (part) | 5/9 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Computer Assoc Int'l Inc | | | | | | | | | |
| 53. -ConocoPhillips | | | | | | | | | |
| 54. -Countrywide | | | | | | | | | |
| 55. -Delphi Corp | | | | | | | | | |
| 56. -Discovery Holdg Co Ser A | | | | | | | | | |
| 57. -Dominion Res Inc VA New | | | | | | | | | |
| 58. -Fannie Mae | | | | | Sold | 9/11 | J | | |
| 59. -Freddie Mac | | | | | Sold | 3/20 | J | | |
| 60. -Freescale Semiconductor B | | | | | | | | | |
| 61. -Genworth Financial Cl A | | | | | Buy (add'l) | 1/14 | J | | |
| 62. -Halliburton | | | | | Buy | 11/17 | J | | |
| 63. -Hartford Finl Svcs Group | | | | | Buy (add'l) | 5/19 | J | | |
| 64. -Hess Corp | | | | | | | | | |
| 65. -Illinois Tools | | | | | Buy | 2/29 | J | | |
| 66. | | | | | Buy (add'l) | 3/3 | J | | |
| 67. -Ingersoll Rand Co Ltd A | | | | | | | | | |
| 68. -International Paper Co | | | | | Sold (part) | 12/23 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 12/24 | J | | |
| 70. -JPMorgan Chase & Co | | | | | | | | | |
| 71. -Kerr-McGee | | | | | | | | | |
| 72. -Kimberly-Clark Corp | | | | | | | | | |
| 73. -Kraft Foods | | | | | | | | | |
| 74. -Liberty Media Corp A New | | | | | Buy (add'l) | 5/19 | J | | |
| 75. | | | | | Sold | 12/16 | J | | |
| 76. -Lockheed Martin Corp | | | | | | | | | |
| 77. -Loews | | | | | Buy | 10/6 | J | | |
| 78. | | | | | Buy (add'l) | 10/10 | J | | |
| 79. -Merck | | | | | Buy | 12/12 | J | | |
| 80. -MetLife | | | | | Buy | 10/14 | J | | |
| 81. | | | | | Buy (add'l) | 10/15 | J | | |
| 82. -MGIC Invt Corp | | | | | | | | | |
| 83. -Microsoft Corp | | | | | Buy (add'l) | 6/13 | J | | |
| 84. -Motorola Incorporated | | | | | Buy (add'l) | 1/11 | J | | |
| 85. | | | | | Buy (add'l) | 5/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Noble Energy Inc | | | | | Sold (part) | 1/8 | J | B | |
| 87. | | | | | Sold (part) | 1/9 | J | A | |
| 88. | | | | | Sold (part) | 4/30 | J | A | |
| 89. | | | | | Buy (add'l) | 9/18 | J | | |
| 90. -Northrop Grumman Corp | | | | | | | | | |
| 91. -NRG Energy | | | | | Buy | 3/12 | J | | |
| 92. | | | | | Buy (add'l) | 5/14 | J | | |
| 93. -Philip Morris | | | | | Buy | 11/12 | J | | |
| 94. -Pitney Bowes Inc | | | | | Buy (add'l) | 1/8 | J | | |
| 95. | | | | | Buy (add'l) | 1/10 | J | | |
| 96. -Posco Spons Adr | | | | | | | | | |
| 97. -Radian Group Inc | | | | | Sold | 7/28 | J | | |
| 98. -Raytheon Co New | | | | | Sold (part) | 4/22 | J | A | |
| 99. -Rio Tinto Plc Spons Adr | | | | | | | | | |
| 100. -Safeway Inc New | | | | | | | | | |
| 101. -Sanofi-Aventis | | | | | | | | | |
| 102. -Sprint Nextel | | | | | Sold | 5/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Talisman | | | | | Buy | 6/27 | J | | |
| 104. | | | | | Buy (add'l) | 7/25 | J | | |
| 105.  -Transocean | | | | | | | | | |
| 106.  -Tyson Foods Inc Cl A | | | | | Sold (part) | 4/30 | J | A | |
| 107. | | | | | Sold | 5/16 | J | A | |
| 108.  -Union Pacific Corp | | | | | Sold (part) | 5/23 | J | A | |
| 109. | | | | | Sold (part) | 8/12 | J | A | |
| 110.  -US Steel | | | | | Sold (part) | 2/29 | J | A | |
| 111. | | | | | Buy (add'l) | 11/12 | J | | |
| 112.  -Viacom Inc Cl B | | | | | Buy (add'l) | 6/19 | J | | |
| 113.  -Wachovia Corp New | | | | | Buy (add'l) | 6/23 | J | | |
| 114. | | | | | Sold | 10/3 | J | | |
| 115.  -Wells Fargo | | | | | Closed | 2/2 | J | | |
| 116.  IRA #3 | B | Dividend | L | T | | | | | |
| 117.  -USB Cash Reserves Fund | | | | | | | | | |
| 118.  -Abbott Labs | | | | | Buy (add'l) | 5/14 | J | | |
| 119. | | | | | Sold (part) | 10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 11/25 | J | A | |
| 121. -Aflac Inc. | | | | | | | | | |
| 122. -Allergan | | | | | Buy | 5/16 | J | | |
| 123. | | | | | Buy (add'l) | 5/22 | J | | |
| 124. | | | | | Sold (part) | 9/12 | J | A | |
| 125. | | | | | Sold | 10/3 | J | | |
| 126. -Amer. Int'l Group Inc. | | | | | Sold | 4/15 | J | | |
| 127. -AMEX | | | | | | | | | |
| 128. -Amgen Inc | | | | | | | | | |
| 129. -Anheuser Busch Cos Inc | | | | | | | | | |
| 130. -AON Corp | | | | | | | | | |
| 131. -Apache | | | | | Sold (part) | 4/2 | J | A | |
| 132. -Apple Computer | | | | | Buy (add'l) | 3/17 | J | | |
| 133. | | | | | Sold | 5/27 | J | B | |
| 134. | | | | | Buy | 10/22 | J | | |
| 135. | | | | | Buy (add'l) | 11/13 | J | | |
| 136. -ArcherDanielsMidland | | | | | Buy | 4/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 10/22 | J | | |
| 138. -Baker Hughes Inc | | | | | Sold (part) | 4/24 | J | A | |
| 139. | | | | | Sold (part) | 6/30 | J | A | |
| 140. | | | | | Sold | 8/15 | J | | |
| 141. | | | | | Buy | 10/16 | J | | |
| 142. -Bank of New York | | | | | | | | | |
| 143. -Baxter Intl | | | | | Sold (part) | 9/12 | J | A | |
| 144. -Becton Dickinson | | | | | Sold | 2/5 | J | A | |
| 145. -Bed Bath & Beyond Inc | | | | | | | | | |
| 146. -Best Buy | | | | | Sold | 6/30 | J | | |
| 147. -BHP Billiton | | | | | Buy | 4/2 | J | | |
| 148. -Bristol Myers | | | | | Sold | 5/16 | J | | |
| 149. -Boeing | | | | | Sold | 3/13 | J | | |
| 150. -Carnival Corp | | | | | | | | | |
| 151. -Celgene | | | | | | | | | |
| 152. -Chicos Fas | | | | | | | | | |
| 153. -Cintas Corp | | | | | Sold | 6/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O.=$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Cisco Systems Inc | | | | | Buy (add'l) | 2/13 | J | | |
| 155. -Citadel Broadcasting | | | | | | | | | |
| 156. -Citigroup Inc | | | | | | | | | |
| 157. -Coach | | | | | Buy | 4/2 | J | | |
| 158. -Colgate-Palmolive Co | | | | | | | | | |
| 159. -Comcast | | | | | Sold | 4/2 | J | | |
| 160. -Costco Whsl | | | | | | | | | |
| 161. -Danaher | | | | | | | | | |
| 162. -Davita Inc | | | | | | | | | |
| 163. -Dell inc | | | | | Sold | 3/17 | J | | |
| 164. -Disney Walt Company | | | | | | | | | |
| 165. -Electronic Arts | | | | | Buy (add'l) | 7/14 | J | | |
| 166. -EMC Corp | | | | | | | | | |
| 167. -Emerson Electric Co | | | | | Sold | 3/4 | J | A | |
| 168. | | | | | Buy | 9/25 | J | | |
| 169. -First Data Corp | | | | | | | | | |
| 170. -Gannett Co Inc | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Genentech | | | | | Buy | 10/22 | J | | |
| 172. -General Electric Co | | | | | Sold (part) | 9/25 | J | | |
| 173. -Gilead Sciences | | | | | Sold (part) | 4/2 | J | A | |
| 174. -Goldman Sachs | | | | | | | | | |
| 175. -Harley Davidson Inc | | | | | | | | | |
| 176. -Honeywell Intl Inc. | | | | | | | | | |
| 177. -Illinois Tool Works Inc | | | | | | | | | |
| 178. -Intel Corp | | | | | | | | | |
| 179. -Intl Business Mach Corp | | | | | Sold (part) | 3/17 | J | | |
| 180. | | | | | Buy (add'l) | 11/13 | J | | |
| 181. -ITT Corp | | | | | Buy | 4/16 | J | | |
| 182. -Johnson & Johnson | | | | | | | | | |
| 183. -Kohls Corp | | | | | Buy (add'l) | 2/5 | J | | |
| 184. | | | | | Sold (part) | 9/12 | J | | |
| 185. -Lauder Estee | | | | | Sold (part) | 9/12 | J | A | |
| 186. -Lehman Bros | | | | | Buy (add'l) | 4/24 | J | | |
| 187. | | | | | Sold | 7/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Lilly Eli & Co | | | | | | | | | |
| 189. -Linear Technology Corp | | | | | | | | | |
| 190. -Lowes Companies Inc | | | | | | | | | |
| 191. -MBNA Corp | | | | | | | | | |
| 192. -McGraw Hill | | | | | Buy (add'l) | 8/7 | J | | |
| 193. -Medco Health Solutions | | | | | | | | | |
| 194. -Medtronic Inc | | | | | | | | | |
| 195. -Microsoft Corp | | | | | Sold (part) | 10/22 | J | | |
| 196. -Monsanto | | | | | Buy | 7/14 | J | | |
| 197. -Morgan Stanley | | | | | Buy (add'l) | 9/12 | J | | |
| 198. | | | | | Sold | 9/19 | J | | |
| 199. -Motorola | | | | | Sold | 4/15 | J | | |
| 200. -Nike Inc | | | | | | | | | |
| 201. -Nokia Corp | | | | | Buy (add'l) | 5/27 | J | | |
| 202. | | | | | Buy (add'l) | 9/3 | J | | |
| 203. -Northern Trust | | | | | | | | | |
| 204. -Novartis Ag Spons ADR | | | | | Sold | 7/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Occidental Petroleum | | | | | Buy | 7/31 | J | | |
| 206. | | | | | Sold | 12/18 | J | | |
| 207. -Omnicrom Group Inc. | | | | | | | | | |
| 208. -Oracle Corp | | | | | Buy (add'l) | 4/15 | J | | |
| 209. -Pepsico Incorporated | | | | | Buy (add'l) | 10/22 | J | | |
| 210. -Pfizer Incorporated | | | | | | | | | |
| 211. -Proctor & Gamble Co | | | | | | | | | |
| 212. -Prudential Financial | | | | | Buy | 5/28 | J | | |
| 213. | | | | | Sold | 8/5 | J | | |
| 214. -Qualcomm Inc | | | | | Sold (part) | 5/23 | J | A | |
| 215. | | | | | Buy (add'l) | 7/14 | J | | |
| 216. | | | | | Sold (part) | 7/30 | J | A | |
| 217. -Rockwell Automation | | | | | Buy (add'l) | 2/5 | J | | |
| 218. | | | | | Buy (add'l) | 11/25 | J | | |
| 219. -Schlumberger | | | | | Buy | 6/30 | J | | |
| 220. | | | | | Sold | 10/16 | J | | |
| 221. -SLM Corp | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Staples | | | | | Sold (part) | 5/23 | J | | |
| 223. -Starbucks Corporation | | | | | | | | | |
| 224. -State Street | | | | | | | | | |
| 225. -Stryker Corp | | | | | | | | | |
| 226. -Sysco Corporation | | | | | | | | | |
| 227. -Target Corp | | | | | | | | | |
| 228. -Teva Pharmaceuticals | | | | | Sold | 7/16 | J | A | |
| 229. -Texas Instruments Inc | | | | | Sold | 11/13 | J | | |
| 230. -Textron | | | | | Buy | 4/24 | J | | |
| 231. | | | | | Buy (add'l) | 5/23 | J | | |
| 232. | | | | | Buy (add'l) | 9/17 | J | | |
| 233. -Thermo Fisher | | | | | Buy | 4/2 | J | | |
| 234. | | | | | Buy (add'l) | 11/25 | J | | |
| 235. -Total SA Spons ADR | | | | | Sold (part) | 7/31 | J | A | |
| 236. -3M Co | | | | | Sold | 5/2 | J | | |
| 237. -UPS | | | | | | | | | |
| 238. -United Technologies Corp | | | | | Sold (part) | 11/25 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -United Health Grp Inc | | | | | | | | | |
| 240. -Walgreen | | | | | | | | | |
| 241. -XTO Energy | | | | | Buy (add'l) | 8/15 | J | | |
| 242. -Zimmer Holdings Inc | | | | | Buy (add'l) | 9/12 | J | | |
| 243. -Zions Bancorp | | | | | | | | | |
| 244. Brokerage Acct. #2 | A | Dividend | N | T | | | | | |
| 245. -USB Bank USA Dep Acct | | | | | | | | | |
| 246. -GE Money Bank CD | | | | | Buy | 9/30 | K | | |
| 247. -Compass Bank CD | | | | | Buy | 10/21 | K | | |
| 248. -Goldman Sachs CD | | | | | Buy | 9/30 | K | | |
| 249. -Capital One CD | | | | | Buy | 9/30 | K | | |
| 250. -Legg Mason Short Duration Muni Income Fd | | | | | Buy | 9/30 | L | | |
| 251. | | | | | Buy | 10/21 | J | | |
| 252. -Legg Mason Intermediate Term Fd | | | | | Buy | 9/30 | K | | |
| 253. | | | | | Buy | 10/21 | K | | |
| 254. West Des Moines State Bank | A | Interest | K | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gritzner, James E. | 04/23/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY                                        VIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544